UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PENNY SONS,                                    )
                                               )
                    Plaintiff,                 )
                                               )
          v.                                   )   CASE NO. 1:05-cv-0516-DFH-TAB
                                               )
HENRY COUNTY,                                  )
                                               )
                    Defendant.                 )

FINAL JUDGMENT

The court having granted defendant's motion for summary judgment, it is hereby ORDERED ADJUDGED AND DECREED that plaintiff Penny Sons take nothing by her complaint against defendant Henry County, and that this action is DISMISSED WITH PREJUDICE.

Date:  March 13, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

Copies to:

John H. Haskin
HASKIN LAUTER LARUE & GIBBONS
jhaskin@hlllaw.com

Andrew G. Jones
HASKIN LAUTER LARUE & GIBBONS
ajones@hlllaw.com

Andrew P. Wirick
HUME SMITH GEDDES GREEN & SIMMONS
awirick@humesmith.com